MN,ND-305
(5/94)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

RECEIVED
2011 SEP 20 AM 9:01
U.S. BANKRUPTCY COURT
DULUTH, MN

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor: **MANKUS, KIM & JOHN**

Chapter 13 Case No.   08-50507
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| DARLENE OBERMAIER<br>4950 TOWN RD<br>LITTLE FORK, MN 56653-9132 | 40 | 65,000 | $292.62 |

**TOTAL TO CLERK'S FUND**                                    $292.62

**September 14, 2011**                    /s/ Kyle L Carlson
DATE                                        TRUSTEE